**REC'D JAN  3 2025**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

Chigbo .E. Ogueri

_____

_____

*Full name(s) of Plaintiff(s)*

v.

Sugartown Worldwide LLC _____

_____

*Full name(s) of Defendant(s)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**


CIVIL ACTION
NO._____

Jury Trial Demand

This action is brought for discrimination in employment pursuant to (check only those that apply):

✔   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

_____   Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____   Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

## I.   Parties in this complaint:

A.   List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff   Name: Chigbo .E. Ogueri
Street Address: 3960 Dennison Ave
County, City: Delaware County, Drexel Hill
State & Zip: Pennsylvania, 19026
Telephone Number: 267 386 5426

B.   List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant   Name: Sugartown Worldwide LLC
Street Address: 800 3rd Ave
County, City: Montomery County, King Of Prussia
State & Zip: Pennsylvania, 19406
Telephone Number: 610 878 5550

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer: Sugartown Worldwide LLC
Street Address: 800 3rd Ave
County, City: Montomery County, King Of Prussia
State & Zip: Pennsylvania, 19406
Telephone Number: 610 878 5550

## II.   Statement of the Claim

A.   The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____   Failure to hire me

✔   Termination of my employment

_____   Failure to promote me

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

_____ Failure to stop harassment

_____ Unequal terms and conditions of my employment

_____ Retaliation

_____ Other (*specify*):_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.   It is my best recollection that the alleged discriminatory acts occurred or began on or about:
(month)___May___, (day)___17th___, (year)___2024___.

C.   I believe that the defendant(s) (check one):

_____ is still committing these acts against me.
✔ is **not** still committing these acts against me.

D.   Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

| | | | |
|---|---|---|---|
| _____ | race _____ | _____ | color _____ |
| _____ | religion _____ | ✔ | gender/sex ___Male___ |
| ✔ | national origin ___Nigeria___ | | |

_____ age   My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.   The facts of my case are as follow (*attach additional sheets of paper as necessary*):

I began working for the respondent Sugartown Worldwide LLC, located at 800 3rd Avenue King of Prussia Pennsylvania in January 2018, and my most recent title was Group Lead for Replenishment. I am a male, and my national origin is Nigeria. During my employment with the respondent, I consistently received excellent performance evaluations and had no write-ups, except on June 2, 2020, when I reported an incident of sexual harassment by a coworker named Shamika Durham (an American citizen) to my supervisor, Matthew Erb. The harassment involved my female coworker, Shamika Durham, touching my penis at the workplace. I reported this incident to my supervisor, Matthew Erb.

## Continuation Of The Fact Of The Case.

I was interviewed separately regarding the incident. However, on June 5, 2020, the respondent issued me a written warning for reporting the sexual harassment.

On May 17, 2024, a female coworker named Faith Reyes (Stocking Group Lead), an American-born citizen, initiated a conversation with me and shared a personal situation. I expressed disbelief in her story, which upset her, and she began verbally abusing my late mother, who had passed away in October 2023. One of the supervisors, Nigel Martial, saw us talking and asked what had happened, and I explained the situation to him.

On May 20, 2024, I arrived at work, clocked in, and saw an HR representative named Bailey Patrick speaking to my supervisor, Patrick Keane, instructing him to send me home because the respondent was investigating the incident involving me and Faith Reyes. That same day, my supervisor, Patrick Keane, sent me a message on Facebook informing me that the HR representative would call me on May 21, 2024, to hear my side of the story.

On May 21, 2024, the HR representative, Bailey Patrick, called and informed me that my employment with the respondent had been terminated. I asked her for the reason for my termination, and she stated that she would email me the details. Later that day, she sent only a termination letter with no explanation for my termination. The respondent also offered me a small severance package in exchange for signing a separation agreement.

The respondent has a policy and procedure that they follow whenever an employee brings up personal issues at the workplace: the employee receives a warning. My employment was terminated without any prior warning or disciplinary action, while Faith Reyes, who brought her personal problem to me at work, was not terminated.

I believe I was discriminated against based on my gender (male) and national origin (Nigeria) because Faith Reyes did not receive the same treatment that I did. I believe the respondent violated Title VII of the Civil Rights Act of 1964, as amended, with regard to my suspension and termination.

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

### III.    Exhaustion of Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: _____06/18/2024_____ (*Date*).

B.    The Equal Employment Opportunity Commission (*check one*):

_____    has not issued a Notice of Right to Sue Letter.
✔    issued a Notice of Right to Sue Letter, which I received on 11/19/2024 (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

✔    60 days or more have passed.
_____    fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

_____    One year or more has passed.
_____    Less than one year has passed.

## IV.    Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____ Direct the defendant to hire the plaintiff.

_____ Direct the defendant to re-employ the plaintiff.

_____ Direct the defendant to promote the plaintiff.

_____ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____ Direct the defendant to reasonably accommodate the plaintiff's religion.

_____ Direct the defendant to (*specify*):_____

✔ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

_____ Other (*specify*):_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **3** day of **January**, 20**25**

Signature of Plaintiff    C·Oguev

Address    3960 Dennison Ave

Drexel Hill, PA 19026

Telephone number    267-386-5426

Fax number (*if you have one*) _____