IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHIGBO E. OGUERI, *pro se*, | : | |
| | : | |
| *Plaintiff*, | : | |
| v. | : | 2:25-cv-00015 |
| | : | |
| SUGARTOWN WORLDWIDE, LLC, | : | |
| | : | |
| *Defendant*. | : | |

**ORDER**

AND NOW, this 24th day of July, 2026, upon consideration of Defendant's Motion for Summary Judgment (Dkt. 35), Plaintiff's Response in Opposition (Dkt. 36), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED. Plaintiff's claims under Title VII are dismissed, *with prejudice*.

The Clerk of Court is DIRECTED to close this case upon entry of this ORDER.

BY THE COURT:

GAIL A. WEILHEIMER, J.